# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

AMY R. SMITH, EXECUTRIX OF THE ESTATE OF PAUL A. ROWLAND, DECEASED,

Petitioner

v.

BMW OF NORTH AMERICA LLC, INDIVIDUALLY AND OWNER OF AND/OR PARENT OF AND/OR SUCCESSOR TO AND/OR F/K/A MINI, BORG-WARNER CORPORATION, INDIVIDUALLY AND SUBSIDIARY OF AND/OR PARENT OF AND/OR A/K/A AND/OR F/K/A BORG & BECK, FORD MOTOR COMPANY, GENUINE PARTS COMPANY, HONEYWELL INTERNATIONAL INC., AS SUCCESSOR-IN-INTEREST OF ALLIED SIGNAL, INC., SUCCESSOR TO BENDIX CORPORATION AND BENDIX MINTEX PTY, LTD., JAGUAR LAND ROVER NORTH AMERICA, LLC INDIVIDUALLY AND ITS PREDECESSORS, SUCCESSORS, PRESENT AND/OR FORMER PARENTS, SUBSIDIARIES AND/OR DIVISIONS, NISSAN NORTH AMERICA, INC., THE PEP BOYS - MANNY, MOE & JACK, PNEUMO ABEX, LLC, SUCCESSOR-IN-INTEREST TO ABEX CORPORATION AND QUAKER CITY MOTOR PARTS COMPANY,

Respondents

: No. 488 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**. The Application for Leave to File Post-Submission Communication is also **DENIED**.